IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JON CANADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Law No. 25-cv-04078-JEH |
| | ) |
| KURT OSMUNDSON, RHONDA MILLS, PAULA LODGE, CURTIS PARSONS, GERALD CARREON, NATALIA BYGRAVE, ELEANOR SCHUPICK, MCKENZY, JOHN DOES, AND JANE DOES, | ) |
| | ) |
| Defendants. | ) |

## ORDER AUTHORIZING RELEASE OF RECORDS AND VIDEO

This cause having come before the Court on Defendants' Motion for Order Authorizing Release of Records:

IT IS HEREBY ORDERED:

That the Rushville Treatment & Detention Facility and Illinois Department of Human Services, pursuant to the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1, *et seq.,* are authorized to release the below records:

Any and all records of the Plaintiff, JON CANADA, as follows:

   a. Clinical treatment records including all progress notes, clinical records, homework records from homework folder, and certificates or completion documents relating to any clinical care by either Liberty staff or Wexford staff concerning any form of mental health treatment, whether sex offender specific, psychiatric or mental health from January 1, 2020 to the present date. The request for psychiatric records should include all orders for medications, all physician notes and all documentation regarding psychiatric records.

   b. Medical records including all records of outside treatment which are maintained at the facility which would document any form of medical treatment received regardless of where stored and performed by either Liberty staff or Wexford staff from January 1, 2020 to the present date. (This

      request should include all orders for medications given and the basis for same).

c.     Medical request slips and responses from January 1, 2020 to the present date.

d.     Behavior Committee records including hearings/meetings, incident reports and consequences of behavior reports/disciplinary tickets from January 1, 2020 to the present date.

e.     Grievances, attempts to resolve, all responses and appeals as well as all emails between the grievance examiners and others relating to the investigations of the grievances, including all communications to anyone, regardless of where the information is stored, i.e., Director's folder, medical records, etc. from January 1, 2020 to the present date.

f.     Any and all requests for low bunk permits or changes in low bunk permit status as well as responses/ decisions from January 1, 2020, to the present.

g.     Any and all requests for a change of roommate or housing and responses to said requests from January 1, 2020, to the present.

h.     A printout identifying specific housing assignments for the plaintiff from January 1, 2020, to the present showing the name of the roommate and the timeline for each assignment.

i.     Any and all housing records for the plaintiff from January 1, 2020, to the present.

j.     Any and all videos showing Plaintiff moving around the facility from 2023 to present.

k.     Rooming Committee records, including decisions, reports and housing assignments from January 1, 2023 to the present date.

l.     Any and all communications between Plaintiff and his clinical team regarding his housing.

m.     Any and all requests for low bunk permits and any decisions provided to Plaintiff concerning said requests from anyone.

n.     Any and all video footage from April 5, 2025 showing Plaintiff getting in or out of his bunk.

o.     Any and all communications maintained by DHS from *[insert date of fall/incident] and the three weeks thereafter, up to and including *[insert

the date], regarding notification that *[plaintiff] had received a low bunk permit and was in need of housing that could accommodate the permit during the relevant time frame.

    This Order authorizes the release of the above information to counsel of record for the Defendants, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and authorizes the re-release of the above information by counsel of record for the Defendants for use in this case.

SO ORDERED: July 25, 2025
_____

s/ Jonathan E. Hawley
_____
Honorable Jonathan E. Hawley
United States District Judge